IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTON BURNS, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| SEAWORLD PARKS & ENTERTAINMENT, INC. and SEAWORLD PARKS & ENTERTAINMENT LLC, | : | NO. 22-cv-02941 |
| | : | |
| Defendants. | : | |

### JOINT STIPULATION FOR EXTENSION OF SCHEDULE AND FOR ADDITIONAL DEPOSITIONS

WHEREAS, Plaintiffs filed their operative Amended Class Action Complaint in the above-captioned matter on September 28, 2022 (ECF 25);

WHEREAS, the First Amended Class Action Complaint identifies eight (8) adults and eight (8) children as putative class representatives;

WHEREAS, on December 28, 2022, Plaintiffs served their supplemental disclosure list, identifying 87 additional adults and 121 additional children that are likely to have discoverable information Plaintiffs may use to support their claims;

WHEREAS, on February 1, 2023, Plaintiffs' counsel informed Defendants' counsel that Plaintiffs intend to call at least all of the 87 adults from their December 28, 2022 supplemental disclosure list as witnesses at trial, and agreed that Defendants are entitled to depose any witness Plaintiffs intend to call at trial;

WHEREAS, Defendants are not yet aware of the ages of the 121 additional children Plaintiffs have identified or whether Plaintiffs intend to call them as trial witnesses or present

evidence regarding them at trial, and therefore do not yet know how many of these children Defendants will need to depose;

WHEREAS, pursuant to the current schedule, fact discovery closes on March 13, 2023 (ECF 26);

WHEREAS, in light of the large number of third party depositions that the parties have stipulated that Defendants are entitled to take, Plaintiffs and Defendants agree that the current schedule should be extended by six months, as follows:

| Event | Current Deadline | Proposed Stipulated Deadline |
|---|---|---|
| Close of Fact Discovery | March 13, 2023 | September 11, 2023 |
| Affirmative Expert Reports | March 27, 2023 | September 25, 2023 |
| Rebuttal Expert Reports | April 10, 2023 | October 9, 2023 |
| Close of Expert Discovery | April 24, 2023 | October 23, 2023 |
| Any Motion for Class Certification | May 8, 2023 | November 6, 2023 |
| Any Motion for Summary Judgment and/or *Daubert* Motions | May 22, 2023 | November 20, 2023 |
| Final Pretrial Conference | November 3, 2023 | May 3, 2024 |
| Trial Begins | November 6, 2023 | May 6, 2024 |

It is hereby STIPULATED AND AGREED by and among undersigned counsel as follows:

1. Defendants are granted leave to take the number of plaintiff and third party depositions the parties agree are necessary, including at least the eight (8) putative class representative parents and the four (4) putative class representative children to which the

parties have agreed and the 87 adults identified by Plaintiffs in their December 28, 2022 supplemental disclosures;

2. All fact discovery shall be completed by **September 11, 2023**.

3. Any expert reports are due no later than **September 25, 2023**. If an expert report is intended solely to contradict or rebut evidence on the same subject matter identified by another party, counsel shall serve such report on counsel for every other party no later than **October 9, 2023**.

4. Any discovery depositions of expert witnesses shall be completed by **October 23, 2023**.

5. Any motion for class certification shall be filed by **November 6, 2023**.

6. Any motions for summary judgment and/or *Daubert* motions shall be filed and served by **November 20, 2023**. If the parties do not plan on filing summary judgment and/or *Daubert* motions, they shall so report to the Court (Chambers, Room 10614) on or before this date.

7. A Final Pretrial Conference will be held on **Friday, May 3, 2024 at 3:00 PM**.

8. Trial will commence **at 9:00 AM on Monday, May 6, 2024**.

**IT IS SO STIPULATED.**

Respectfully submitted this 8th day of February 2023.

| **THE TRIAL LAW FIRM, LLC** | **DUANE MORRIS LLP** |
|---|---|
| */s/Mart Harris* | */s/ Leigh M Skipper* |
| Mart Harris (319504) | Leigh M. Skipper (PA #49239) |
| Fort Pitt Commons | Alek W. Smolij (PA #329521) |
| 445 Fort Pitt Boulevard, Suite 220 | 30 South 17th Street |
| Pittsburgh, Pennsylvania 15219 | Philadelphia, PA 19103 |
| Tel.: (412) 588-0030 | Tel.: (215) 979-1157 |
| *Attorney for Plaintiffs* | Fax: (215) 689-4939 |
| | lmskipper@duanemorris.com |
| | awsmolij@duanemorris.com |
| | |
| | Michelle C. Pardo (*admitted pro hac vice*) |
| | John M. Simpson (*admitted pro hac vice*) |
| | Rebecca E. Bazan (*admitted pro hac vice*) |
| | 901 New York Avenue NW, Suite 700 East |
| | Washington, DC 20001 |
| | Tel.: (202) 776-7844 |
| | Fax: (202) 478-2563 |
| | mcpardo@duanemorris.com |
| | jmsimpson@duanemorris.com |
| | rebazan@duanemorris.com |
| | |
| | *Attorneys for SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC* |

So **ORDERED** this _10th_ day of February_____ 2023.

              /s/Wendy Beetlestone, J.
              **WENDY BEETLESTONE, J.**