IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS , <br>          Plaintiff, <br> <br> v. <br> <br> SEAWORLD PARKS & ENTERTAINMENT,INC., SEAWORLD PARKS & ENTERTAINMENT, LLC AND JOHN DOES 1,2,3, AND 4, <br>          Defendants. | CIVIL ACTION <br> <br> <br> <br> NO.  22-2941 |

**O R D E R**

**AND NOW**, this 3rd day of April, 2023, upon consideration of Plaintiffs' Motion to Compel (ECF No. 37), no timely opposition having been received, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  James LeGette **SHALL PRODUCE** documents in his possession responsive to the Subpoena served on November 12, 2022 to counsel for Plaintiffs within fifteen (15) days of the date of this Order.

BY THE COURT:

/S/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**