IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION |
| : | |
| SEAWORLD PARKS & : | NO. 22-cv-02941 |
| ENTERTAINMENT, INC.; and : | |
| SEAWORLD PARKS & : | |
| ENTERTAINMENT LLC, : | |
| : | |
| Defendants. : | |
| : | |

### DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO SEAL

Defendants SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC hereby submit this notice of non-opposition to Plaintiffs' Motion to Withdraw and Seal Exhibits 2 and 4 (ECF 44-2 and 44-4) to Plaintiffs' Opposition to Defendants' Motion to Strike Class Allegations (ECF 44) [ECF 45]. Defendants agree that pursuant to the Stipulated Protective Order, Exhibits 2 and 4 may not be publicly filed at least for thirty-days following the parties' receipt of the final transcripts.

Dated: June 2, 2023                    Respectfully submitted,

**DUANE MORRIS LLP**

/s/ Leigh M. Skipper
Leigh M. Skipper (PA #49239)
Aleksander W. Smolij (PA #329521)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1157
Fax: (215) 689-4939
lmskipper@duanemorris.com
awsmolij@duanemorris.com

Michelle C. Pardo (*admitted pro hac vice*)
John M. Simpson (*admitted pro hac vice*)
Rebecca E. Bazan (*admitted pro hac vice*)
901 New York Avenue NW, Suite 700 East
Washington, DC 20001
Tel.: (202) 776-7844
Fax: (202) 478-2563
mcpardo@duanemorris.com
jmsimpson@duanemorris.com
rebazan@duanemorris.com

*Attorneys for SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC*

**CERTIFICATE OF SERVICE**

I, Leigh M. Skipper, certify that a true and correct copy of the foregoing Defendants' Notice of Non-Opposition to Plaintiffs' Motion to Seal was served using the CM/ECF system, which will send notification of such filing to counsel and parties of record electronically on June 2, 2023.

*/s/ Leigh M. Skipper*
Leigh M. Skipper
