IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS *et al.*,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SEAWORLD PARKS &<br>ENTERTAINMENT, INC., SEAWORLD<br>PARKS & ENTERTAINMENT, LLC AND<br>JOHN DOES 1,2,3, AND 4,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-2941 |

## O R D E R

**AND NOW**, this 5th day of June, 2023, upon consideration of Defendants SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment, LLC's Motion to Dismiss (ECF Nos. 29 & 33), and Plaintiffs' Response in Opposition thereto (ECF No. 32), **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **DENIED** with respect to Plaintiffs' Section 1981 claim.

2. The Motion is **GRANTED IN PART AND DENIED IN PART** with respect to Plaintiffs' negligence claim:

    a. The Motion is **DENIED** with respect to Plaintiffs' negligence *per se* theory;

    b. The Motion is **GRANTED** with respect to Plaintiffs' negligent hiring theory, which is **DISMISSED WITH PREJUDICE**;

    c. The Motion is **GRANTED** with respect to Plaintiffs' negligent training theory, which is **DISMISSED WITH PREJUDICE**; and

    d. The Motion is **GRANTED** with respect to Plaintiffs' negligent supervision theory, which is **DISMISSED WITHOUT PREJUDICE**.

3. The Motion is **DENIED** with respect to Plaintiffs' claims for injunctive relief.

4. The Motion is **DENIED** with respect to the Valdez and Willie Plaintiffs on the basis of a purported class action waiver.

**BY THE COURT:**

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**
