IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS *et al.*,<br>        Plaintiff,<br><br>v.<br><br>SEAWORLD PARKS &<br>ENTERTAINMENT,INC., SEAWORLD<br>PARKS & ENTERTAINMENT, LLC AND<br>JOHN DOES 1,2,3, AND 4,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-2941 |

# O R D E R

**AND NOW**, this 6th day of June, 2023, upon consideration of Plaintiffs' Motion (ECF No. 45) to Withdraw and Seal Exhibits 2 and 4 (ECF Nos. 44-2 & 44-4) to Plaintiffs' Opposition to Defendants' Motion to Strike Class Allegations, and Defendants' Notice of Non-Opposition in response thereto (ECF No. 46), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Accordingly, Exhibits 2 and 4 (ECF Nos. 44-2 & 44-4) to Plaintiffs' Opposition to Defendants' Motion to Strike Class Allegations (ECF 44) shall be withdrawn and sealed.

                                                                **BY THE COURT:**

                                                                **/s/WENDY BEETLESTONE, J.**

                                                                _____
                                                                **WENDY BEETLESTONE, J.**