IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Quinton Burns, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| SWPE, Inc., et al. | : | No.: 22-2941 |

ORDER

AND NOW, this 12th day of OCTOBER 2023, it is hereby ORDERED that the application of ___JOSEPH K. WEST_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]   GRANTED.[1]

[ ]   DENIED.

/S/WENDY BEETLESTONE, J.
_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.