IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS *et al.*,<br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SEAWORLD PARKS &<br>ENTERTAINMENT,INC., SEAWORLD<br>PARKS & ENTERTAINMENT, LLC AND<br>JOHN DOES 1,2,3, AND 4,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-2941 |

## O R D E R

**AND NOW**, this 17th day of November 2023, upon consideration of Defendant's timely objections thereto (ECF No. 85), the October 3, 2023 Report and Recommendation of the Special Master (ECF No. 79) is hereby **APPROVED**, and it is therefore **ORDERED** that Plaintiffs' Letter Motion to Compel Discovery is **GRANTED** in part and **DENIED** in part.  It is further **ORDERED** that:

1. Plaintiffs Motion to Compel Defendants' Responses to Plaintiffs' Requests for Production of Documents Nos. 5, 7, 10, 13, 14, 15, 16, 17, 22, 43, 44, 47, and 49 is **GRANTED**;

2. Plaintiffs' Motion to Compel Defendants' Responses to Plaintiffs' Requests for Production of Documents Nos. 50 and 64 is **DENIED**;

3. Plaintiffs' Motion to Compel Defendant SeaWorld Parks & Entertainment, LLC to testify regarding Topics Nos. 3, 6, 21, and 23, as identified in Plaintiffs' 30(b)(6) notice to Defendant SeaWorld Parks & Entertainment, LLC, is **GRANTED**;

4. Plaintiffs' Motion to Compel Defendant SeaWorld Parks & Entertainment, LLC to testify regarding Topic Nos. 8, 16, 17, and 20, as identified in Plaintiffs' 30(b)(6) notice to

Defendant SeaWorld Parks & Entertainment, LLC, is **DENIED**;

5. Plaintiffs' Motion to Compel Defendant SeaWorld Parks and Entertainment, Inc. to testify regarding Topic Nos. 1, 3, 17, and 19, as identified in Plaintiffs' 30(b)(6) notice to Defendant SeaWorld Parks & Entertainment, Inc., is **GRANTED**;

6. Plaintiffs' Motion to Compel Defendant SeaWorld Parks and Entertainment, Inc to testify regarding Topic Nos. 6, 11, and 16, as identified in Plaintiffs' 30(b)(6) notice to Defendant SeaWorld Parks & Entertainment, Inc., is **DENIED**;

7. Plaintiffs' Motion to Compel Defendant SeaWorld Parks and Entertainment, Inc. to testify regarding Topic No. 20, is **GRANTED** in part and in part and **DENIED** in part. Defendant SeaWorld Parks and Entertainment, Inc. must testify regarding the extent to which SeaWorld Parks and Entertainment, Inc. took steps to ensure that the Sesame Street Philadelphia employees would not engage in racially discriminatory conduct.

                                                **BY THE COURT:**

                                                /s/ Wendy Beetlestone
                                                **WENDY BEETLESTONE, J.**