IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS *et al.*,<br>　　　　Plaintiffs, | CIVIL ACTION |
| v. | |
| SEAWORLD PARKS & ENTERTAINMENT,INC., SEAWORLD PARKS & ENTERTAINMENT, LLC. AND JOHN DOES 1,2,3 AND 4,<br>　　　　Defendants. | NO. 22-2941 |

### O R D E R

**AND NOW**, this 21st day of February 2024, upon consideration of Defendants' Motion to Strike and Preclude Expert Testimony (ECF No. 110), Plaintiffs' Response in Opposition (ECF No. 115), and Defendants' Reply in Support, (ECF No. 121), **IT IS HEREBY ORDERED** that Defendants' Motion is granted in part and denied in part.

1. Defendants' Motion is **GRANTED** in that Dr. Michael L. Lindsey is precluded from testifying on: (1) whether Defendants, its employees, or its agents were the cause of the trauma symptoms that he observed during his clinical interviews of Plaintiffs; (2) whether the alleged incidents of racial discrimination at Sesame Place Philadelphia constitute intentional discrimination; or, (3) whether Plaintiffs are entitled to punitive damages. Dr. Lindsey's opinions on these issues are hereby **STRICKEN**.

2. Defendants' Motion is **DENIED** in all other respects.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**