IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS *et al.*,<br>            Plaintiff,<br><br>            v.<br><br>SEAWORLD PARKS & ENTERTAINMENT,INC., SEAWORLD PARKS & ENTERTAINMENT, LLC AND JOHN DOES 1,2,3, AND 4,<br>            Defendants. | CIVIL ACTION<br><br><br><br>NO.  22-2941 |

### O R D E R

**AND NOW**, this 21st day of March, 2024, upon consideration of Plaintiffs' Motion to Substitute a Redacted Version of page JA1620 of Plaintiffs' Supplemental Joint Appendix to Plaintiffs' Opposition to Summary Judgment (ECF No. 118), there being no opposition thereto and the Court having determined that the redactions are appropriate under *In re: Avandia Marketing, Sales and Products Liability Litigation*, 924 F.3d 662 (3d Cir. 2019), it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.  The Clerk of Court shall substitute Exhibit 1 to Plaintiffs' Motion for the current version of page JA1620 to Plaintiffs' Supplemental Joint Appendix that appears on the public docket (ECF No. 116-1).

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**