IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>SEAWORLD PARKS &<br>ENTERTAINMENT, INC., SEAWORLD<br>PARKS & ENTERTAINMENT, LLC AND<br>JOHN DOES 1, 2, 3 AND 4,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 22-2941 |

### O R D E R

　　**AND NOW**, this 15th day of April, 2024, upon consideration of Plaintiffs' Motion for Class Certification (ECF No. 97), Defendants' Response in Opposition (ECF No. 103), and Plaintiffs' Reply in Support (ECF No. 107), Plaintiffs' Motion is hereby **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**