IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS *et al.*,<br>　　　　Plaintiffs, | CIVIL ACTION |
| v. | |
| SEAWORLD PARKS &<br>ENTERTAINMENT, INC., SEAWORLD<br>PARKS & ENTERTAINMENT, LLC AND<br>JOHN DOES 1, 2, 3 AND 4,<br>　　　　Defendants. | NO.  22-2941 |

**O R D E R**

**AND NOW**, this 17th day of April, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 108) and Supplemental Motion for Summary Judgment (ECF No. 131), Plaintiffs' Responses in Opposition thereto (ECF Nos. 116, 133), and Defendants' Replies (ECF Nos. 119, 135), Defendants' Motions are hereby **GRANTED IN PART AND DENIED IN PART**.

Defendants' Motions are **GRANTED** with respect to:

1. All Plaintiffs' claims for negligent supervision.

2. Plaintiffs Quinton Burns's and K.B.'s claims for violation of 42 U.S.C. § 1981 and negligence *per se* based on their interactions with the Sesame Place employee escorting Abby Cadabby at a meet-and-greet only.

3. Plaintiffs Lashonda Miles's and M.C.'s claims for violation of 42 U.S.C. § 1981 and negligence *per se*.

4. Plaintiffs Yoselis Romero's and E.C.'s claims for violation of 42 U.S.C. § 1981 and negligence *per se*.

5. Plaintiffs Ashley Valette's and D.V.'s claims for violation of 42 U.S.C. § 1981 and negligence *per se*.

6. Plaintiffs Lauren Willie's and L.W.'s claims for violation of 42 U.S.C. § 1981 and negligence *per se* based on their interactions with the Sesame Place employee performing as Rosita and her escort while walking through the park only.

Defendants' Motions are **DENIED** in all other respects.

                                            **BY THE COURT:**

                                            /s/Wendy Beetlestone, J.

                                            _____

                                            **WENDY BEETLESTONE, J.**