# THE HONORABLE WENDY BEETLESTONE

**TELECONFERENCE INFORMATION**

Toll Free Number – 866-390-1828
Access Code – 7023565#