**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QUINTON BURNS, *et al.*,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **CIVIL ACTION** |
| **SEAWORLD PARKS & ENTERTAINMENT, INC.; and SEAWORLD PARKS & ENTERTAINMENT LLC,** | : | **NO. 22-cv-02941** |
| **Defendants.** | : | |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF BARBARA SIMMONS AND TESTIMONY AND ARGUMENT REGARDING RACIAL INCIDENTS IN BUCKS COUNTY (MOTION *IN LIMINE* NO. 2)**

Defendants SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC (collectively "Defendants") move pursuant to Federal Rules of Evidence 401, 402, and 403 to exclude the testimony of Barbara Simmons and Plaintiffs' related argument regarding racial incidents in Bucks County, Pennsylvania. This motion is supported by the accompanying Memorandum, which is being filed contemporaneously and which Defendants incorporate by reference.

Dated: April 26, 2024

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Leigh M. Skipper*
Leigh M. Skipper (PA #49239)
Aleksander W. Smolij (PA #329521)
30 South 17th Street

Philadelphia, PA 19103
Tel.: (215) 979-1157
Fax: (215) 689-4939
lmskipper@duanemorris.com
awsmolij@duanemorris.com

Michelle C. Pardo (*admitted pro hac vice*)
John M. Simpson (*admitted pro hac vice*)
Rebecca E. Bazan (*admitted pro hac vice*)
901 New York Avenue NW, Suite 700 East
Washington, DC 20001
Tel.: (202) 776-7844
Fax: (202) 478-2563
mcpardo@duanemorris.com
jmsimpson@duanemorris.com
rebazan@duanemorris.com

*Attorneys for SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC*