**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QUINTON BURNS, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SEAWORLD PARKS & ENTERTAINMENT, INC.; and SEAWORLD PARKS & ENTERTAINMENT LLC,**<br><br>**Defendants.** | : | **CIVIL ACTION**<br><br>**NO. 22-cv-02941** |

**DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE TESTIMONY AND RELATED EVIDENCE OF PLAINTIFFS' INVESTIGATORS (MOTION *IN LIMINE* NO. 5)**

Defendants SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC (collectively "Defendants") move pursuant to Federal Rules of Evidence 403, 602, 701, and 702 to exclude the testimony and related evidence of Plaintiffs' investigators. This motion is supported by the accompanying Memorandum, which is being filed contemporaneously and which Defendants incorporate by reference.

Dated: April 26, 2024

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Leigh M. Skipper*
Leigh M. Skipper (PA #49239)
Aleksander W. Smolij (PA #329521)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1157

Fax: (215) 689-4939
lmskipper@duanemorris.com
awsmolij@duanemorris.com

Michelle C. Pardo (*admitted pro hac vice*)
John M. Simpson (*admitted pro hac vice*)
Rebecca E. Bazan (*admitted pro hac vice*)
901 New York Avenue NW, Suite 700 East
Washington, DC 20001
Tel.: (202) 776-7844
Fax: (202) 478-2563
mcpardo@duanemorris.com
jmsimpson@duanemorris.com
rebazan@duanemorris.com

*Attorneys for SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC*