**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **QUINTON BURNS *et al.*,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**SEAWORLD PARKS & ENTERTAINMENT, INC., SEAWORLD PARKS & ENTERTAINMENT, LLC AND JOHN DOES 1, 2, 3 AND 4,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-2941** |

**O R D E R**

**AND NOW**, this 1st day of May, 2024, upon consideration of Plaintiffs' Fourth Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Nathan Fleming's Public Posts on Social Media (ECF No. 155) and Defendants' Response in Opposition (ECF No. 161), Plaintiffs' Motion is **HEREBY GRANTED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

**WENDY BEETLESTONE, J.**