**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **QUINTON BURNS *et al.*,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**SEAWORLD PARKS & ENTERTAINMENT, INC., SEAWORLD PARKS & ENTERTAINMENT, LLC AND JOHN DOES 1, 2, 3 AND 4,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-2941** |

**O R D E R**

**AND NOW**, this 1st day of May, 2024, upon consideration of Plaintiffs' First Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning a Default Judgment Entered Against Nathan Fleming (ECF No. 152) and Defendants' Response (ECF No. 159), Plaintiffs' Motion is **HEREBY GRANTED AS UNCONTESTED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

**WENDY BEETLESTONE, J.**