**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **QUINTON BURNS *et al.*,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**SEAWORLD PARKS & ENTERTAINMENT, INC., SEAWORLD PARKS & ENTERTAINMENT, LLC AND JOHN DOES 1, 2, 3 AND 4,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 22-2941** |

**ORDER**

**AND NOW**, this 2nd day of May 2024, upon consideration of Defendants' Third Motion in Limine to Exclude the Testimony, Opinions, and Related Evidence of Dr. Michael Lindsey (ECF No. 148) and Plaintiffs' Response in Opposition (ECF No. 170), Defendants' Motion is hereby **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

**WENDY BEETLESTONE, J.**