**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **QUINTON BURNS** *et al.*, | **CIVIL ACTION** |
| **Plaintiffs,** | |
| | |
| **v.** | |
| | |
| **SEAWORLD PARKS & ENTERTAINMENT, INC., SEAWORLD PARKS & ENTERTAINMENT, LLC AND JOHN DOES 1, 2, 3 AND 4,** | **NO.  22-2941** |
| **Defendants.** | |

## O R D E R

**AND NOW**, this 2nd day of May 2024, upon consideration of Plaintiffs' Fifth Motion in Limine to Exclude Certain Proposed Exhibits (ECF No. 156) and Defendants' Response in Opposition (ECF No. 162), and after a conference with the parties, Plaintiffs' Motion is hereby **GRANTED IN PART** and **DENIED IN PART**.  Specifically, with respect to the introduction of Plaintiffs' answers to Defendants' interrogatories, Plaintiffs' Motion is **DENIED WITHOUT PREJUDICE**.  With respect to the introduction of photographs of former Sesame Place employees, Plaintiffs' Motion is **GRANTED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**