IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS *et al.*, <br>         Plaintiffs, <br><br> v. <br><br> SEAWORLD PARKS & ENTERTAINMENT, INC., SEAWORLD PARKS & ENTERTAINMENT, LLC AND JOHN DOES 1, 2, 3 AND 4, <br>         Defendants. | CIVIL ACTION <br><br><br> NO. 22-2941 |

### O R D E R

**AND NOW**, this 2nd day of May 2024, upon consideration of Defendants' Fifth Motion in Limine to Exclude Testimony and Related Evidence of Plaintiffs' Investigators (ECF No. 150), and Plaintiffs' Response in Opposition (ECF No. 174), and after a conference with the parties, Defendants' Motion is hereby **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**