**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QUINTON BURNS, *et al.*,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **CIVIL ACTION** |
| **SEAWORLD PARKS & ENTERTAINMENT, INC.; and SEAWORLD PARKS & ENTERTAINMENT LLC,** | : | **NO. 22-cv-02941** |
| **Defendants.** | : | |

## DEFENDANTS' MOTION FOR RECONSIDERATION

Defendants SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC (collectively "Defendants") move pursuant to Local Rule of Civil Procedure 7.1(g) for reconsideration of the Court's May 7, 2024 ruling excluding trial exhibits 214, 229, and 230. This motion is supported by the accompanying Memorandum of Law, which is being filed contemporaneously and which Defendants incorporate by reference.

Dated: May 7, 2024

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Leigh M. Skipper*

Leigh M. Skipper (PA #49239)
Aleksander W. Smolij (PA #329521)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1157
Fax: (215) 689-4939
lmskipper@duanemorris.com
awsmolij@duanemorris.com

Michelle C. Pardo (*admitted pro hac vice*)
John M. Simpson (*admitted pro hac vice*)
Rebecca E. Bazan (*admitted pro hac vice*)
901 New York Avenue NW, Suite 700 East
Washington, DC 20001
Tel.: (202) 776-7844
Fax: (202) 478-2563
mcpardo@duanemorris.com
jmsimpson@duanemorris.com
rebazan@duanemorris.com

*Attorneys for SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC*