IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTON BURNS *et al.*,<br>              **Plaintiffs**,<br><br>v.<br><br>SEAWORLD PARKS &<br>ENTERTAINMENT, INC., SEAWORLD<br>PARKS & ENTERTAINMENT, LLC AND<br>JOHN DOES 1, 2, 3 AND 4,<br>              **Defendants.** | CIVIL ACTION<br><br><br><br>NO.  22-2941 |

**O R D E R**

**AND NOW**, this 5th day of June, 2024, upon receipt of the parties' notice that they have agreed that Defendants may have access to the transcript of the *ex parte* exchange that is the subject of Defendants' Motion to Unseal (ECF No. 200), said motion is **HEREBY DENIED WITHOUT PREJUDICE**.  The Court Reporter is **HEREBY DIRECTED** to provide the sealed portion of the trial transcript from May 8, 2024 containing that exchange via email to both Defendants and Plaintiffs.

BY THE COURT:


*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**