**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QUINTON BURNS, *et al.*,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **CIVIL ACTION** |
| **SEAWORLD PARKS & ENTERTAINMENT, INC.; and SEAWORLD PARKS & ENTERTAINMENT LLC,** | : | **NO. 22-cv-02941** |
| **Defendants.** | : | |

**DEFENDANTS' MOTION FOR SANCTIONS**

Defendants SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC (collectively "Defendants") move pursuant to 28 U.S.C. § 1927, Local Rule 83.6.1, and the Court's inherent authority to recover the attorneys' fees, costs, and expenses it incurred as a result of Plaintiffs' Trial Counsel's unreasonable, vexatious, and bad faith efforts to delay the first iteration of this trial by misrepresenting to the Court the circumstances regarding one of the Plaintiffs, Mr. Fleming. Defendants request that liability be determined jointly and severally against: Mart Harris; Malcolm Ruff; Jason Duncan; and their law firms, The Trial Law Firm, LLC; Murphy, Falcon & Murphy; and Weitz & Luxenberg, P.C. This motion is supported by the accompanying Memorandum of Law, which is being filed contemporaneously and which Defendants incorporate by reference.

Dated: September 4, 2024

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Leigh M. Skipper*
Leigh M. Skipper (PA #49239)
Aleksander W. Smolij (PA #329521)
30 South 17th Street
Philadelphia, PA 19103
Tel.: (215) 979-1157
Fax: (215) 689-4939
lmskipper@duanemorris.com
awsmolij@duanemorris.com

Michelle C. Pardo (*admitted pro hac vice*)
John M. Simpson (*admitted pro hac vice*)
Rebecca E. Bazan (*admitted pro hac vice*)
901 New York Avenue NW, Suite 700 East
Washington, DC 20001
Tel.: (202) 776-7844
Fax: (202) 478-2563
mcpardo@duanemorris.com
jmsimpson@duanemorris.com
rebazan@duanemorris.com

*Attorneys for SeaWorld Parks & Entertainment, Inc. and SeaWorld Parks & Entertainment LLC*