IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTON BURNS, ET AL | : | CIVIL ACTION |
| | : | No. 22-2941 |
| v. | : | |
| | : | |
| SEAWORLD PARKS & ENTERTAINMENT INC, ET AL | | |

## **TRIAL NOTICE**

     Take notice that the jury trial in this matter will ADJOURN on THURSDAY, SEPTEMBER 12, 2024, and RESUME on MONDAY, SEPTEMBER 16, 2024, at 9:00 A.M. before the HONORABLE WENDY BEETLESTONE in COURTROOM 10-B of the United States District Court, 601 Market Street, Philadelphia, PA 19106.
For additional information, please contact the undersigned.

For additional information, please contact the undersigned.

Nelson Quíles Malavé
Courtroom Deputy to Judge Wendy Beetlestone
Phone: 267-299-7459


**Date:**  9/13/2024