IN THE UNITED STATES DISTIRCT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QUINTON BURNS, ET AL : CIVIL ACTION

               Plaintiff : No. 22-2941

  v.
:
SEAWORLD PARKS & ENTERTAINMENT
INC, ET AL
               Defendant :

## ORAL MOTION AND ORDER

On September 18, 2024, counsel for Plaintiff made an Oral Motion during a jury trial for a Directed Verdict under F.R.C.P. 50 and the Oral Motion was Denied. Counsel for Defendant made an Oral Motion during a jury trial for a Directed Verdict under F.R.C.P. 50 and the Oral Motion was Granted in part and Denied in part.

BY THE COURT:

*/s/ Wendy Beetlestone*

_____
WENDY BEETLESTONE, JUDGE