IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTON BURNS, ET AL | : | CIVIL ACTION |
| | : | NO. 22-2941 |
| v. | : | |
| | : | |
| SEAWORLD PARKS & ENTERTAINMENT INC., ET AL | : | |

## CIVIL JUDGMENT

**AND NOW**, this 18th day of September 2024, in accordance with the verdict of the jury, **IT IS ORDERED** that Judgment is entered in favor of Defendant, Seaworld Parks & Entertainment Inc., and Seaworld Parks & Entertainment LLC and against Plaintiff, Quinton Burns, *et al.*

BY THE COURT:

_____
**WENDY BEETLESTONE, JUDGE**