## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **QUINTON BURNS** *et al.*,<br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**SEAWORLD PARKS &**<br>**ENTERTAINMENT,INC., SEAWORLD**<br>**PARKS & ENTERTAINMENT, LLC AND**<br>**JOHN DOES 1,2,3, AND 4,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  22-2941** |

## O R D E R

**AND NOW**, this 24th day of September, 2024, upon consideration of Defendants'

Motion for Sanctions (ECF 233), the Motion is **HEREBY DENIED**.

**BY THE COURT:**


**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**