IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUINTON BURNS, *et al.*, | : | CIVIL ACTION |
|           Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEAWORLD PARKS & ENTERTAINMENT, INC. AND SEAWORLD PARKS & ENTERTAINMENT LLC, | : | NO.  22-2941 |
|           Defendants. | : | |

**O R D E R**

**AND NOW**, this 17th day of January, 2025, upon review of Plaintiffs Lauren Willie, L.W., Quinton Burns, K.B., Ingrid Morales, and N.M.'s Motion for Relief Pursuant to Federal Rules of Civil Procedure 50(b) and 59 (ECF No. 258), as well as Defendants' Response in Opposition thereto (ECF No. 263), and **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **DENIED**.

                                                    BY THE COURT:


                                                     /s/WENDY BEETLESTONE
                                                     WENDY BEETLESTONE, J.